```
 1  4BEA-2577       Exhibit #8   Pg. 107        4BE-S90-552
 2  3241                                         at 31,290
 3                     PROCEEDINGS                Preempt
 4      (On record)
 5      THE CLERK:  Back on record.
 6      THE COURT:  All right, back on record in Mr. Simmons'
 7  matters, these are in cases 4BE-S90-844 Cr.  The allegation is
 8  a count of assault III.  And in 4BE-S90-552 Cr. the allegation,
 9  two counts -- you can be seated, please.  Two counts of miscon-
10  duct involving weapons first degree.  This is on today for a
11  bail review.  In 552, defense filed yesterday a preempt of
12  myself.  Are you -- what's your position on that, Ms. Brennan?
13      MS. BRENNAN:  Your Honor, we're willing to go ahead and
14  have the bail hearing in front of you, although I think that
15  it's probably up to you about whether you'll hear us.
16      THE COURT:  What's the basis of the preempt?  I mean, the
17  omnibus order went out October 11th.
18      MS. BRENNAN:  We didn't -- it was sent out to us on the
19  24th.
20      THE COURT:  Sent out on the 24th.  Okay.  So your position
21  is that the preempt is timely because it was made within five
22  days of the omnibus order.....
23      MS. BRENNAN:  That's our position, Your Honor.
24      THE COURT:  .....and judge assignment?  Okay.  (Pause).
25  Okay.  Mr. Wallace, do you have anything you want to say about
```

Pp. 75, Vol. IV, App. Rec.

65

Ex A. P. 2 of 5
Pg. 108

1  that?

2     MR. WALLACE:  Your Honor, I don't believe I have a copy of
3  the preempt in our file.  Is that in 552, Your Honor?

4     THE COURT:  That's in 552.

5     MR. WALLACE:  I don't have a copy of that preempt notice
6  in our file, so apparently it hasn't made it to us yet.

7     THE COURT:  Well, Ms. Brennan, it puts me in a rather
8  awkward position on -- well, I'd like to have this -- when
9  Mr. Wallace gets a chance to see what his position is regarding
10 the timeliness of preempt given the background of the case.  If
11 you'd done it within five days of the omnibus order, I don't
12 know if -- I know there's other law on that regarding having
13 done hearings, and that type of thing, but I haven't researched
14 at this point.  But on the one hand, you've at least initially
15 preempted me, but you want a bail review now, so.....

16    MS. BRENNAN:  Well, actually -- well, Your Honor, we re-
17 quested the bail review before we preempted you and then we got
18 put on the calendar for the bail review today, and then -- that
19 was actually before -- I found out that I had the bail review
20 last night, when I actually had preempted you yesterday after-
21 noon.  I talked to Mr. Haas about it (indiscernible) attorney,
22 and basically he said I could go ahead and try and have the
23 bail hearing in front of you, with the permission of my client,
24 but basically, that it was your discretion of whether to hear
25 it too, that was his understanding of the rule.

PP. 76-, Vol. IV, App.Rec.

66

```
 1        THE COURT:  Okay.  What about the other case, 844, cause
 2   bail's concurrent?
 3        MS. BRENNAN:  Basically, we haven't made any -- he hasn't
 4   been indicted on that case, so in fact, you could listen to it.
 5        THE COURT:  Right, it's pending -- what, it's pending
 6   prelim tomorrow?
 7        MS. BRENNAN:  That's correct.
 8        THE COURT:  Okay.  What are your thoughts on it,
 9   Mr. Wallace?
10        MR. WALLACE:  Well, Your Honor, if you're preempted, I
11   don't think you can hear the bail hearing.
12        THE COURT:  Let me look at it.  Well that would be my ini-
13   tial reaction, but let me check.
14        MR. WALLACE:  I don't think you get to have a partial
15   preempt when you preempt a judge.
16        THE COURT:  We can -- you can be seated, Ms. Brennan.
17   We'll go off record here for a moment, and I'll take a look at
18   the rule.
19        (Off record)
20        (On record)
21        THE COURT:  All right, we're back on record in
22   Mr. Simmons' case.  The one case that jumps out here,
23   Ms. Brennan, is McCracken v. State, 521 P2d 499, it says if a
24   motion for preemptory or disqualification of a trial judge is
25   timely filed, which this appears to have been, then the trial
```

pp. 77, Vol. IV, App Rec.

```
 1  judge errs in not automatically excluding himself from sitting
 2  on the case.  And then there are other cases that talk about,
 3  you know, the judge having to notify the presiding judge, who
 4  assigns another judge to the case.  So, I don't see where I
 5  have -- I don't see where I have -- I mean, this is a pretty
 6  substantive thing, too, it's not like something.....
 7       MS. BRENNAN:  Okay.  That's fine, Your Honor, we'll just
 8  reschedule it for -- what we'd like to do is schedule it in
 9  front of the judge who they eventually assign it to.
10       THE COURT:  Okay.  Well, there are some -- they're going
11  to be calendar calls this afternoon, in front of Fairbanks
12  judges and we can notify Judge Greene about this and then -- or
13  Judge Savell, and see what -- how they want to handle it as far
14  as rescheduling it and so on.  Case 844 Cr. is scheduled tomor-
15  row at 9 o'clock for a preliminary hearing.  And 4B-S90-552
16  will be -- when we get a break here in the action, we'll give a
17  call up to Fairbanks and see how, as far as rescheduling the
18  bail review for a time.  Now, we'll have at least one Fairbanks
19  judge here next week, and maybe two at one time, I don't know
20  how they're going to work that.  But, he can have a judge in
21  person here or they can work it out to do it telephonically, I
22  suppose.  But that's something we'll have to deal with Fair-
23  banks on.
24       MS. BRENNAN:  Thank you, Your Honor.
25       THE CLERK:  (Indiscernible - whispered).
```

pp. 78, Vol. IV, App Rec

```
 1        THE COURT:  Pardon me?
 2        THE CLERK:  (Indiscernible - whispered).
 3        THE COURT:  Yes, that'd be a good idea.  We'll shunt this
 4   over next door with Ms. Murat who's doing the 2:30s with the
 5   Fairbanks judge and in a break there, she can notify him of the
 6   preempt and see how they want to handle it.....
 7        MS. BRENNAN:  Okay, thank you.
 8        THE COURT:  ......as far as the bail review.
 9        (Off record)
10   3654
```

pp. 79., Vol. IV, App. Rec