Pg. 117

Exhibit #10

S. Ex. #8 at p. 109