Exhibit #11, B-118

...il Pending Appeal. A sentence appealed on ... ground that the sentence is excessive does not ... or enlarge the right to bail pending appeal.

...mbining of Sentence Appeals, Sentence Pe-
...and Merit Appeals. A party filing a sentence
...nd a sentence petition shall combine the two,
...procedures for sentence appeals shall govern
... A party filing a merit appeal shall combine
...eal with any sentence appeal or sentence
...and the procedures for merit appeals shall
...he case. All combined proceedings must be
...ially to the court of appeals, and the court of
...hall decide all issues within its jurisdiction.

...ferral of Issues Outside Jurisdiction of
... Appeals. In a combined appeal, upon final
...on of all issues within the jurisdiction of the
...ppeals, the court of appeals shall refer the
...e supreme court for discretionary review of
...ining sentence issues which are reviewable
...preme court under subparagraph (a)(2) of

...effective March 15, 1987; August 15, 1987; July
...anuary 15, 1989; July 15, 1990; July 15, 1994;
..., by Laws 1995, c. 79, § 20; January 22, 1996;
...8; April 15, 2000; Amended by Order No. 1473,
...tober 15, 2002; amended by Order No. 1475,
...tober 15, 2002; amended by Order No. 1474,
...ober 15, 2003; Order No. 1543 dated December
...tive October 15, 2004.]

## ⋯ 216. EXPEDITED APPEALS

**e.** This rule applies to the following ...ppeals, and supersedes the other appellate ... extent that they may be inconsistent with

...dition appeals;

...ptory challenge appeals.

...itions.

...peal from an order of the superior court ... denying an application for a writ of habeas ... under AS 12.70.090 by a person arrested ...or's warrant under the Uniform Criminal ...Act, is an "extradition appeal." An appeal ...her final judgment of the superior court ...e extradition of a person charged in this ...where with a crime is also an "extradition ...pt that any appeal from a final judgment ... person of a crime is not an "extradition

...emptory challenge appeal" is an appeal ...l defendant from an order denying the ...otion for change of judge under Crimi-...).

...tional Limitation. This rule does not ...eal to be taken in any circumstances in ...al would not be permitted by Rule 202.

**(d) Notice of Appeal.**

(1) A notice of appeal under this rule shall be filed with the clerk of the appellate courts within 10 days after the date shown in the clerk's certificate of distribution on the order or judgment. The notice of appeal shall be accompanied by the items specified in Appellate Rule 204(b)[1]–[4] and [7].

(2) The notice must indicate that the appeal is being filed pursuant to this rule, but the court of appeals will apply this rule to cases within its scope whether they are so identified or not.

**(e) Record on Appeal.** The entire superior court file shall serve as the record on appeal, together with an electronic recording of any hearing held in superior court if deemed necessary by the court of appeals.

**(f) Memoranda on Appeal.**

(1) *By Appellant.* Within 10 days after filing a notice of appeal under this rule, the appellant shall file with the court of appeals the original and three copies of a memorandum in support of the appeal together with proof of service on all other parties.

(2) *By Appellee.* Within 10 days after service of the appellant's memorandum, the appellee may file with the court of appeals the original and three copies of a memorandum in opposition to the appeal.

(3) *Reply Memorandum.* No reply memorandum may be filed unless ordered by the court.

(4) *Form and Contents of Memoranda.* Memoranda shall comply with Appellate Rule 513.5(b)(6)–(7) and shall also comply with Appellate Rules 212(b)–(c), except:

(A) memoranda need not comply with Rule 212(c)(1)(A)–(E);

(B) no memorandum shall exceed 20 pages without permission of the court; and

(C) the front page of each memorandum shall include the information that Appellate Rule 212(b) requires on the cover of a brief.

**(g) Disposition of Appeals.** Appeals under this rule will be disposed of expeditiously by the court of appeals on the record and memoranda. Oral argument, if timely requested no later than ten days after the date on which the appellee's memorandum is due, will be governed by Rule 213 and Rule 505, and may be held on an expedited basis or telephonically under Rule 505(f) as necessary to ensure an expeditious resolution.

[Amended effective August 15, 1987; January 15, 1989; July 15, 1994; amended by Order No. 1433, effective October 15, 2001; Order No. 1555 dated July 22, 2004, effective October 15, 2004; Order No. 1543 dated December 4, 2003, effective October 15, 2004.]

**RULE 216.5 EXP⋯
AND PETITION⋯
REDISTRIC⋯**

**(a) Scope.** This rule ⋯
tions from the superior c⋯
decisions of the Redistric⋯
sec. 11, Constitution of ⋯
supersedes the other appe⋯
they may be inconsistent v⋯

**(b) Notice of Appeal.** ⋯
this rule shall be filed wit⋯
courts within 2 days fro⋯
clerk's certificate of distri⋯
ment appealed from. Th⋯
accompanied by the items ⋯
204(b)[1]–[4] and [7]. A n⋯
filed within 1 day from th⋯
filed.

(2) The notice must ind⋯
filed pursuant to this rule⋯
apply this rule to cases wi⋯
they are so identified.

(3) In addition to se⋯
204(h), service of the noti⋯
the Redistricting Board, ⋯
General, and the Office ⋯

**(c) Scheduling Confer⋯**
pellate courts shall hold ⋯
ference within 2 days fro⋯
appeal is filed under para⋯
to the superior court pro⋯
tricting appeal arises s⋯
The court may permit tel⋯
scheduling conference, th⋯
ing order that establishes⋯

(1) the dates by whicl⋯
memoranda on appeal a⋯
scribed in paragraph (f) ⋯
shall be no later than ⋯
filing deadline for the fir⋯
the challenged redistrict⋯
effect;

(2) the last date for ⋯
by the parties, which sh⋯
before the statutory filir⋯
paragraph (c)(1).

**(d) Record on Appea⋯**
The record on appeal c⋯
court file, including the ⋯
filed in the superior cou⋯
secutively. The record ⋯
electronic record of pro⋯
court and transcripts, if ⋯
complete the record on ⋯
first notice of appeal, an⋯
appellate courts. The ⋯