1   MR. HERREN: So with respect to 902, who is representing
2   Mr. Simmons? Himself?
3   THE COURT: Right now the public defender is representing
4   him.
5   MR. SIMMONS: Your Honor, I'm interposing an
6   objection.....
7   MR. HERREN: And.....
8   MR. SIMMONS: .....to that imposed counsel.
9   THE COURT: I understand. These are the papers, okay.
10  I just got them here, the ones that you sent.....
11  MR. SIMMONS: All right.
12  THE COURT: Yeah.
13  MR. HERREN: So basically what I'd like to know is if the
14  public defender is representing Mr. Simmons, what is the
15  court's position with respect to filings by Mr. Simmons?
16  THE COURT: Yeah, I haven't-- I didn't deal with that at
17  all on 902 because he made the motion to recuse and then
18  pending that there was a limbo status that I -- I just didn't-
19  - I wasn't capable of dealing with that.
20  MR. HERREN: I mean we-- we've got three cases here,
21  we've got papers coming from three different sources. We
22  don't know if we're supposed to respond to all of them, which
23  is quite a burden on us (indiscernible-simultaneous
24  speech)......
25  THE COURT: I understand. That's part of why I want to