Pg. 155

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

Exhibit #16

RECEIVED
MAR 31 1995
Public Defender Agency
BETHEL

FILED in the Trial Courts
State of Alaska, Fourth District
MAR 28 1995
By _____
Clerk, Trial Court
_____ Deputy

DAVID SIMMONS,

   Plaintiff,

vs.

STATE OF ALASKA,

   Defendant.

Case No. 4FA-92-268 Civil

NOTICE OF INTENT TO DISMISS

The court has reviewed the Court of Appeal's opinion in Simmons v. State, MOJ No. 3099 (March 22, 1995), a copy of which is attached.

In light of the disposition there, viz. the reversal of these convictions for new trial, it appears that the remaining issues in this post-conviction relief application are moot. Accordingly, the parties are given thirty days from the date of distribution of this order to show cause why this case should not be dismissed. If nothing is filed, this case will be dismissed on the 31st day.

DATED at Fairbanks, Alaska this 28th day of March, 1995.

_____
MARY E. GREENE
Superior Court Judge

certify that on 3/28/95
copies of this form were sent to:
CLERK: ___ as ___
Cavanaugh
DAs.

Pg. 326, Vol. I, App. Rec.

Ex. #48