IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

DAVID SIMMONS,

    Plaintiff,

vs.

STATE OF ALASKA,

    Defendant.

Case No. 4FA-92-268 Civil

Exhibit #77

FILED in the Trial Courts
State of Alaska, Fourth District
MAY 1 1995
Clerk, Trial Courts
By _____ Deputy

ORDER OF DISMISSAL

On March 28, 1995, this court issued a "Notice of Intent to Dismiss" and gave parties thirty days from date of distribution to show cause why this case should not be dismissed. Nothing has been filed by the parties, therefore

IT IS HEREBY ORDERED that the above-entitled case is dismissed.

DATED at Fairbanks, Alaska this 1st day of May, 1995, at Fairbanks, Alaska.

                                                MARY E. GREENE
                                              Superior Court

pp. 333, Vol I, App.

I certify that on 5/1/95
copies of this form were sent to:
CLERK: _____
Simmons
AAG/Be