UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DAVID SIMMONS    v.    FRANK LUNA

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                              CASE NO. 4:03-CV-00013-RRB

Carolyn Bollman

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 6, 2006

On February 20, 2004, David Simmons' habeas action was dismissed with prejudice.[1] Mr. Simmons appealed the judgment, and the Court of Appeals remanded the case to this Court for the limited purpose of deciding whether a certificate of appealability should be issued.[2] This Court denied the certificate of appealability on December 7, 2005.[3]

Mr. Simmons has now filed a motion for summary judgment.[4] However, Mr. Simmons has no open case in which to file his motion. This case is closed, and the time to appeal the order denying the certificate has run.[5] The Court will accept no further filings in this action from Mr. Simmons. If the Clerk receives any further papers from Mr. Simmons, such papers shall NOT be docketed, but instead SHALL BE DISCARDED.

IT IS SO ORDERED.

---

[1]  *See* Docket No. 24.

[2]  *See* Docket Nos. 55, 57.

[3]  *See* Docket No. 58.

[4]  *See* Docket No. 59.

[5]  Mr. Simmons could have filed a motion for a certificate of appealability with a motions panel of the Ninth Circuit, along with a statement of reasons why a certificate should issue, within **thirty-five (35)** days of the entry of this Court's Order. *See* Ninth Circuit Rule 22-1(c).

[simmons deny.wpd]{IA.WPD*Rev.12/96}