DAVID SIMMONS
31806 Obics No.

CCA/FCC CORR. CTR.
P.O.BOX 6200
FLORENCE,AZ 85232

RECEIVED

JUN 29 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID SIMMONS,
     Petitioner,

v.

                 Case No. F03-0013CV (RRB)

FRANK LUNA, WARDEN,
     Respondent.    /

PETITION FOR WRIT OF
HABEAS CORPUS

### APPLICATION FOR RECONSIDERATION AND REINSTATEMENT

     Petitioner Respectfully request Reconsideration And Reinstatement of his **Motion For Summary Judgment** filed May 2nd.2006 for the following reasons:

     1. The state pleaded an affirmative defense to count 1 as time barred. **Docket# 10;**

     2. This Court accepted and adopted the magistrate's recommen-dation, **Docket # 15,** at **Docket # 21;**

     3. This Court's purported **Order Of Dismissal** of the entier

1.

case, is without any explaination as to why the remaining issues have been dismissed. **Docket # 24;**

4. This Court's Order, **Docket # 25,** reaffirmed its dismissal as to count one., i.e. Case 4BE-S90-552Cr.;

5. **Docket # 34** granted petitioner discovery with respects to case 4BE-S90-902Cr. but not as to case 4BE-S90-552Cr.. See also, **Docket # 21,** terminating discovery with respects to case 4BE-S90-552Cr., **Docekt # 13.;**

6. Per Court Order, **Docket # 37,** both parties submitted their respective **Status Reports,** agreeing that four (4) issues remained for adjudication. **Dockets # 38 & 39.;**

7. Because the purported Order, **Docket # 24,** fails to state any reasons in fact and law or procedures that would warrant dismissal of the remaining four (4) counts, the **Order Of Dismissal With Prejudice,** bar further procedings as to those claims and is contrary to **FRCP** 54(b).

Furthermore, subsequent activity in this has been on-going from the date of This Court's **Order Of Dismissal With Prejudice Docket # 24,** upto and until petitioner filed his **Motio For Summary Judgment, Docket # 59.**

This action by The Court comes as quite a surprise to petitioner and it would not be unreasonable to say, for the state as well, as there have never been any indication that the Court's **Order Of Dismissal** meant anything other than a dismissal of Claim one (1) , i.e. Case 4BE-S90-552Cr. on    statute of limitations

2.

grounds.

    8. It may be noted that petitioner's request for a **Certificate Of Appealability** was initially granted by This Court, **Docket # 30**, and opposed by the State. **Docket # 29;**

    9. On 11/14/05 The Court Of Appeals remaned the case to This Court, and;

    10. On 12/7/05 This Court rescinded its Order. **Docket # 30.**

    11. On 1/18/06 Respondent, The State Of Alaska, filed its opposition and;

    12. On 1/19/06 the **Certificate Of Appealability** was denied. This issue regarding the certificate of appealability involved the sole claim that the trial court lacked jurisdiction because there was a fatal variance in the cause of action, and that the claim was not time barred.

    **For** the Foregoing reasons petitoner respectfully request This Court to reconsider its order, dismissing the entire case, **Docekt # 24** and to permit reinstatement of petitioner's **Motion For Summary Judgment** on the remaining four (4) claims.

Respectfully Submitted This 22nd of _____ 2006.

David Simmons, Pro Per

3.