DAVID SIMMONS,
Obcis NO. 31806
CCA/FCC CORR. CTR.
P.O. BOX 6200
FLORENCE, AZ 85232

RECEIVED

JUN 2 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID SIMMONS,
    Petitioner,

v.

FRANK LUNA, WARDEN,
    Respondent.  /

Case No. F03-0013CV (RRB)

PETITION FOR WRIT OF

HABEAS CORPUS

CERTIFICATION OF SERVICE

    I, David Simmons, Petitioner Herein, Being Duly Sworn An d Under Oath, Do Say:

    That I have placed my **Application For Reconsideration And Reinstatement** in a sealed envelope, in the LC Unit Mail Box addressed to the Clerk Of Court, and to K. M. Rosenstein Of The Office Of Special Prosecutions And Appeals:

310 K Street, Suite 308
Anchorage, Alaska 99501

This 22nd Day Of June 2006.

David Simmons, pro per