DAVID SIMMONS
31806 Obics No.
CCA/FCC CORR. CTR.
P.O. BOX 6200
FLORENCE, AZ 85232

RECEIVED

JUN 29 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTSRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID SIMMONS,
    Petitioner,

v.

FRANK LUNA, WARDEN,
    Respondent.  /

Case No. F03-0013CV(RRB)

**PETITION FOR WRIT OF HABEAS CORPUS**

**APPLICATION FOR RECONSIDERATION AND REINSTATEMENT**

**ORDER**

    Petitioner David Simmons, request Reinstatement of His **Motion For Summary Judgment** on the basis that This Court's Order **Docket # 24,** Dismissing the case with prejudice, refers solely to claim one (1) on **Application For Writ Of Habeas Corpus** and the remaining claims as to case 4BE-S90-902Cr. had not been adjudicat-ed and that their dismissal violates **FRCP 54(b).**

    **FRCP** 54(b) permit an appeal to be taken from entry of a final judgment on one or several claims but less than all of the claims of a multi-claim suit.

1.

Therefore, upon reconsideration This Court **HEREBY RESCINDS** its June 6th, 2006 **Order Of Dismissal** And **REINSTATE** this case as to the remaining four (4) claims.

**IT IS SO ORDERED.**

This_____Day Of_____2006.

_____
Judge R.R. BEISTLINE