DAVID SIMMONS,
Obcis NO. 31806
CCA/FCC CORR. CTR.
P.O. BOX 6200
FLORENCE, AZ 85232

RECEIVED

JUN 2 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID SIMMONS,
    Petitioner,

v.

FRANK LUNA, WARDEN,
    Respondent.    /

Case NO.F03-0013CV (RRB)

PETITION FOR WRIT OF
HABEAS CORPUS

APPLICATION FOR RECONSIDERATION AND
REINSTATEMENT

AFFIDAIVT

    Comes Now David Simmons, Petitioner herein, Firstly, Be
-ing Depose and Under Oath Do Say:

    I have understood for nearly two (2) years of letigation in
this case that this Court dismissed claim one (1) i.e. case 4BE-
S90-552Cr. and not the entire case, i.e. F03-0013CV, because of
the remaining issues;

    Because this case has continued for such a lenght of time,
clearly there was no reason to believe that the case had been dis
-missed because of the order of dismissal, which I assumed refer-
red only to case 4BE-S90-552Cr. as that was the only issue resol-

ved.

My understanding of **FRCP** 54(b) permits entry of a final Judg-ment on less than all of the issues, from which an appeal may be taken; and, both the state and myself submitted our individual **Status Reports** indicating to this court that there were four (4) issues remaining that needed to be adjudicated.

I further state, that the foregoing statements are true and correct to the best of my knowledge, under penalty of purjury.

Respectfully Submitted This 22nd Day Of June 2006.

_____
David Simmons, pro per

2.