UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>　DAVID SIMMONS　</u>   v.   <u>　FRANK LUNA　</u>

DATE:   <u>　July 3, 2006　</u>   CASE NO.   <u>　4:03-CV-0013-RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE RECONSIDERATION**

---

The Court is in receipt of Mr. Simmons' Application for Reconsideration (Docket 61). Pursuant to D. Ak. LR 59.1(d), Respondent has until the close of business on **July 18, 2006,** in which to file a response to Petitioner's motion, after which the Court will take the matter under advisement.

ORDER RE RECONSIDERATION