Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Ken_Rosentein@law.state.ak.us

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID SIMMONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:03-CV-13-RRB |
| ) | |
| FRANK LUNA, ) | RESPONSE TO MOTION FOR |
| ) | RECONSIDERATION |
| Respondent. ) | |
| ) | |

Simmons has asked for reconsideration of the court's order rejecting his motion for summary judgment on the ground that his case has been closed. [*See* Docket 60, 61]  It appears that Simmons's request is well-founded.

Simmons asserted five grounds for habeas relief.  The respondent moved to dismiss the first and fourth grounds based on the expiration of the statute of limitations.  The magistrate judge recommended granting the motion, but it appears that the court dismissed the petition in its entirety, rather than

just the two barred claims. [*See* Docket 24] Thus, Simmons is entitled to litigate his second, third, and fourth grounds for habeas relief.

The respondent notes that Simmons has filed a motion for summary judgment. That motion is, however, premature. In its answer the respondent asserted that Simmons had not exhausted his state court remedies with respect to his habeas claims. The parties have not yet litigated the exhaustion issue. The respondent intends to file within the next 60 days a motion to dismiss based Simmons's failure to exhaust.

## Conclusion

Simmons's application for reconsideration should be granted. His motion for summary judgment should be held in abeyance pending determination of whether he has exhausted his remaining habeas claims.

DATED July 18, 2006, at Anchorage, Alaska.

                  DAVID W. MÁRQUEZ
                  ATTORNEY GENERAL

                  s/ Kenneth M. Rosenstein
                      Assistant Attorney General
                      State of Alaska, Dept. of Law
                      Office of Special Prosecutions
                          and Appeals
                  310 K St., Suite 308
                  Anchorage, Alaska 99501
                  Telephone: (907) 269-6250
                  Facsimile: (907) 269-6270
                  e-mail: Ken_Rosenstein@law.state.ak.us
                  Alaska Bar. No. 7605051

## Certificate of Service

I certify that on July 18, 2006, a copy of the foregoing Response to Motion for Reconsideration was served on David Simmons by regular U.S. mail.

*Vivien M. Noll*
Vivien M. Noll