IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID SIMMONS,<br><br>      Petitioner,<br><br>vs.<br><br>FRANK LUNA,<br><br>      Respondent. | Case No. 4:03-cv-0013-RRB<br><br>**ORDER GRANTING RECONSIDERATION** |

      Petitioner David Simmons' Application for Reconsideration and Reinstatement (Docket 61) is hereby **GRANTED**. Petitioner's case shall be reinstated as to his second, third, and fourth grounds for habeas relief. Respondent shall have until the close of business on **September 20, 2006**, to file a motion regarding the exhaustion of State court remedies issue. Thereafter the Court will take up Petitioner's Motion for Summary Judgment.

      ENTERED this 19th day of July, 2006.

                                       /s/ RALPH R. BEISTLINE
                                       UNITED STATES DISTRICT JUDGE