9/10/06

In The U.S. District Court
for The State of Alaska

RECEIVED
SEP 18 2006
CLERK, U.S. DIST. COURT
ANCHORAGE, ALASKA

4:03-cv-00013 RRB

Notice in Change of Address.

Petitioner Notice The Court of a Change in Address To The following:

David Sommons
1752 E. Arica Rd.
CCA Red Rock
Eloy, Arizona 85231

cc: Off. of Special Prosecutions + Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501