Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Ken_Rosenstein@law.state.ak.us

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID SIMMONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:03-cv-00013-RRB- |
| ) | |
| FRANK LUNA, ) | MOTION FOR EXTENSION OF TIME |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

    The respondent requests an extension of time of 12 days within which to file its motion regarding exhaustion of state-court remedies. The motion is currently due on September 20, 2006. [Docket 65] The extended due date would be October 2, 2006. This motion is supported by the affidavit of counsel filed herewith.

David Simmons v Frank Luna, 4:03-cv-00013-RRB
Page 1

DATED September 20, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Ken Rosenstein
　　Assistant Attorney General
　　State of Alaska, Dept. of Law
　　Office of Special Prosecutions
　　　and Appeals
　　310 K St., Suite 308
　　Anchorage, Alaska 99501
　　Telephone: (907) 269-6250
　　Facsimile: (907) 269-6270
　　e-mail: Ken_Rosenstein@law.state.ak.us
　　Alaska Bar. No. 7605051

**Certificate of Service**

I certify that on September 20, 2006, a copy of the foregoing Motion for Extension of Time, Affidavit of Counsel**,** and Proposed Order Granting Motion for Extension of Time was served on David Simmons, 1752 East Arica Road, CCA Red Rock, Eloy, AZ 85231 by regular U.S. mail.

s/ **Ken Rosenstein**