IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID SIMMONS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:03-cv-00013-RRB- |
| | ) |
| FRANK LUNA, | ) <u>PROPOSED ORDER GRANTING</u> |
| | ) <u>MOTION FOR EXTENSION OF TIME</u> |
| | ) |
| Respondent. | ) |
| | ) |

THIS MATTER having come before the court on the respondent's motion for extension of time and the court being fully advised thereof:

IT IS HEREBY ORDERED that the respondent's motion for extension of time is granted, and the respondent's motion regarding the exhaustion of state-court remedies is now due October 2, 2006.

DATED this _____ day of _____, 2006.

_____
United States District Judge