Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Ken_Rosenstein@law.state.ak.us

Attorney for Respondent Luna

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| DAVID SIMMONS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:03-cv-00013-RRB- |
| FRANK LUNA, | ) | <u>AFFIDAVIT OF COUNSEL</u> |
| Respondent. | ) | |

      Kenneth M. Rosenstein declares under oath:

      1.    I am the assistant attorney general representing the respondent in this case.

2. I have completed approximately three-quarters of the respondent's motion to dismiss the remaining claims in Simmons's habeas petition.

3. I have been unable to complete the motion for two reasons: (1) I have had to prepare for two oral arguments in the Alaska Court of Appeals in *Williams v. State*, No. A-9139, and *Shapoval v. State*, No. A-8947; and (2) one of the legal arguments in the motion has proved to be more time-consuming than anticipated.

4. Barring unforeseen circumstances, I believe I will be able to file the motion by the extended due date.

5. I have been unable to determine the petitioner's position regarding his position on the respondent's motion because he is incarcerated in Arizona and cannot be contacted by telephone.

_Kenneth M. Rosenstein_

SUBSCRIBED AND SWORN TO before me this 20th day of September, 2006.



_Vivien M. Noll_
Notary Public for Alaska