IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID SIMMONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:03-cv-00013-RRB- |
| ) | |
| FRANK LUNA, ) | ~~PROPOSED~~ ORDER GRANTING |
| ) | MOTION FOR EXTENSION OF TIME |
| ) | |
| Respondent. ) | |
| ) | |

THIS MATTER having come before the court on the respondent's motion for extension of time and the court being fully advised thereof:

IT IS HEREBY ORDERED that the respondent's motion for extension of time is granted, and the respondent's motion regarding the exhaustion of state-court remedies is now due October 2, 2006.

DATED this 29 day of September, 2006.

_____
United States District Judge