DAVID SIMMONS
031806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY , AZ. 85231



RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB 1 3 2007

FILED _____
DOCKETED _____
                DATE    INITIAL

**RECEIVED**

UNITED STATES COURT OF APPEALS      FEB 2 0 2007

FOR THE NINTH CIRCUIT      CLERK, U.S. DISTRICT COURT
                           ANCHORAGE, ALASKA


FRANK LUNA,
    Appellee,

                              NOTICE OF APPEAL

v.         App.Ct.No. ~~05-36035~~
           Dist.Ct.No. F03-0013CV

DAVID SIMMONS,        (HABEAS CORPUS PROCEEDING)
    Appellant./

    **NOTICE** IS HEREBY GIVEN that David Simmons, Appellant, in the above entitled case, **HEREBY** appeal to the United States Court Of Appeals For The Ninth Circuit, from the final judgement in this action entered on the 29th day of Dec. 2006; and received Jan. 8th, 2007..

Dated This ___6___ Day Of ___Feb.___ 2007.

                                    _____
                                    David Simmons, Pro Per/Appellant.