DAVID SIMMONS
031806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY, AZ. 85231





FEB 2 0 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FRANK LUNA,
    Appellee,

               COA NO. 05-36035

               Dist. Ct.No. F03-0013CV.

v.

      REQUEST LEAVE TO APPEAL AT PUBLIC EXPENSE

DAVID SIMMONS,
    Appellant./

    Appellant, David Simmons, Herein Respectfully request leave to appeal at public expense; This request is supported by the attached affidavit.

Day Of _____ 2007.

                        Respectfully Submitted This 6th

                        _____
                        David Simmons, Pro Per/Appellant.