

DAVID SIMMONS
031806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY, AZ 85231

RECEIVED
FEB 2 0 2007
CLERK, U.S. DISTRICT COURT
Date: 2/ANCHORAGE, A.K.

DEPARTMENT OF ADMINISTRATIVE
SERVICES, P.O. BOX 112000
JUNEAU, ALASKA 99811-2000
Telephone (907) 465-3478

Dear Sir,

    I am requesting a copy of my financial statement for a six (6) month period pursuant to rules of court, from July of 2006 to Jan. 2007.

    Obesis NO. 031806.

Sincerely,

DAvid Simmons.

Dated This _6__ Day Of _Jul._ 2007.