DAVID SIMMONS
031806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY, AZ. 85231



**RECEIVED**
FEB 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FRANK LUNA,
    Appellee,

                      COA NO. 05-36035
                    Dist. Ct. NO. F03-0013CV.

v.

                AFFIDAVIT IN SUPPORT OF LEAVE TO APPEAL
                      AT PUBLIC  EXPENSE

DAVID SIMMONS,
        Appellant. /

       I, David Simmons, Appellant, Herein, Being Duly Sworn Under Oath Do Say:

    1. I am actin g in pro per.

    2. I am a prisoner , housed at the above listed address.

    3. I have been determined by the District Court to be indigent.

    4. I am unable to go forward in this action without public assistance.

    5. I do not believe this action to be unreasoble frivolous or improper.

1

6. I further state, that the foregoing statements are true and correct under penalty of perjury.

Respctfully Submitted This 6th

Day Of _feb_ 2007.

_____
David Simmons, Pro Per/Appellant.

1