

DAVID SIMMONS
31806
RED ROCK CRR. CTR.
1752 E. ARICA RD.
ELOY, AZ. 85231

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


FRANK LUNA,
     Appellee,

                      COA NO. 05-36035
                      Dist. Ct. No. F03-0013CV.

v.

                MOTION FOR WAIVER OF FILING FEES AND COSTS

DAVID SIMMONS,
     Appellant. /

      Appellant David Simmons, Respectfully moves This Court by Motion to waive all security costs and filing fees for this action. This Motion is supported by Appellant's Affidavit in sup-port of leave to appeal at public expense and pending DOC certi-fied con[firmation] of Prison er Account Statement, requested on _6th_ Day Of _Feb_ 2007.

                                 DAvid Simmons, Pro Per/Appellant.

Dated This _6th_ Day Of _Feb_ 2007.