DAVID SIMMONS
031806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY, AZ. 85231



RECEIVED
FEB 20 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FRANK LUNA,
    Appellee,

                  COA NO. 05-36035
                Dist. Ct. No. F03-0013CV.

    v.

                          ORDER

DAVID SIMMONS,
    Appellant./

    Appellant has sumitted his request for leave to appeal at Public Expen se, pending DOC certification of Prisoner's Account Statement, **THEREFORE: IT IS HEREBY ORDERED** That leave to proceed at public expense is **GRANTED**.

Dated This _____ Day Of _____ 2007.

                                    Signed:_____
                                      Circuit Justice

This __6th__ Day Of __Feb.__ 2007.

_____
David Simmons Pro Per/Appellant.

Affidavit Of Mailing
COA NO. 05-36035
Certificate Of Appealability
with Accompaning Documents.

2