

RECEIVED
FEB 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DAVID SIMMONS
031806
RED ROCK CORR. CTR.
1752 E. ARICA RD. 85231
ELOY, AZ.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FRANK LUNA,
      Appellee,

                        COA NO. 05-36035
                      Dist. Ct. No. F03-0013CV.

v.

                            ORDER

DAVID SIMMONS,          CERTIFICATE OF APPEALABILITY
      Appellant. /

        This Court finds that Appellant, David Simmons has stated a substantial reason to believe that reasonable jurist could differ whether the prosecutor could divide a course of conduct into separate prosecutions for the same offense under inconsistent theories and not violate the due process clause prohibition against multiple trials, convictions and sentences for the same offense and that the District Court's factual findings were clearly erroneous.

     And, that a reasonable jurist could conclude that the Court Of Appeals' decision in case 4BE-S90-902Cr., The premise upon which

1

the States relies to assert defenses of waiver, procedural default, and independent state grounds to preclude review on the merits of Appellant's claims, renders the Court Of Appeals' decision invalid by its concession: Judge Curda was validly and timely, peremptorily recused. The State's admission to the structural defect in the proceedings below, invalidated the Court Of Appeals' decision, because Judge Curda's rulings were without any force and effect.

Moreover, a reasonable jurist could conclude that cumulative none-discretionary and discretionary errors along with the state's none-disclosure of exculpatory evidence; and the Court Of Appeals' refusal to follow its own procedure to address constitutional violations, raised on collateral proceedings, denied appellant procedural due prcess and due process, under the 4th, 5th, 6th, and 14th Amendments to the United States Constitution.

**THEREFORE:**

This Court is encourage to grant certification. appellant is **HEREBY GRANTED A CERTIFICATE OF APPEALABILITY.**

**IT IS SO ORDERED.**


Signed:_____
          Ninth Circuit Justice

Dated Thhis_____Day Of _____2007.