

DAVID SIMMONS
031806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY, AZ 85231

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


FRANK LUN A,
    Appellee,

                                     NOTICE OF APPEAL

    v.
                                      COA No. 05-36035
                                 Dist. Ct. NO. F03-0013CV.

DAVID SIMMONS,
    Appellant.    APPLICATION FOR CERTIFCIATE OF APPEALABILITY

                                    CERTIFCATE OF SERVICE


       I, David Simmons, Appellant, Herein, Being Sworn And Under Oath, Do Say: I have placed in the FC Unit Mail Box (1) A Notice Of Appeal; (2) A Docketing Statement; (3) A form AO 435; And, A Certificate Of Appealability Application, This __6th__ Of __Feb.__ 2007.

                                                _____
                                         David Simmons, Pro Per/Appellant.

To:  Mr. Kenneth M. Rosenstein
     310 K Street, Suite 308
     Anchorage, Alaska 99501