UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
MAR 0 9 2007
CLERK, U.~.~
ANCHORAGE, ALASKA

07-35151

**CASE INFORMATION:**
Short Case Title: Simmons v Luna
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline-4:03-cv-00013RRB
Date Complaint/Indictment/Petition Filed: 5/15/2003
Date Appealed Order/Judgment *entered*: 12/29/2006
Date NOA *filed*: 2/20/2006
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     _X_ pending

Court Reporter(s) Name and Phone Number:

-

Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: No___     Date Docket Fee billed: __
Date FP granted: __Denied 6/03/2003__ Date FP denied: __
Is FP pending? _Yes_ yes/no          Was FP Limited/Revoked?
US Government Appeal?    __yes/no
Companion Cases?  Please list: _previous 9CCA Appeals 05-36035_

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| David Simmons | Kenneth M. Rosenstein |
| (pro se) | Office of Special Prosecutions and Appeals |
| 1752 E. Arica Road | Alaska Department of Law |
| CCA  Red Rock | 310 K Street, Suite 308 |
| Eloy, AZ  85231 | Anchorage, AK 99501 |
| | US |
| | 907-269-6250 |
| | Fax: 907-269-6270 |
| | Email: ken_rosenstein@law.state.ak.us |

__retained   __CJA   __FPD   __FPD   __Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __                      Address: __
Custody:  State of Alaska            Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  Sherry L. Mons
U.S. District Court
101 12th Avenue-Room 332
Fairbanks, Alaska  99701
907-451-5791