IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID SIMMONS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>FRANK LUNA,<br><br>　　　　　Respondent. | Case No. 4:03-cv-00013-RRB<br><br>ORDER DENYING<br>APPLICATION TO PROCEED<br><u>WITHOUT PREPAYMENT OF FEES</u> |

David Simmons, representing himself, has requested that he be allowed to proceed without prepayment of fees on appeal.[1] However, Mr. Simmons has not provided the Court with adequate information from which it can make a determination.[2]

The Court must have full and complete information about Mr. Simmons's financial status in order to make a decision regarding the payment of fees. The

---

[1] *See* Docket No. 73 - 76. Because Mr. Simmons did not proceed without prepayment of fees in his district court action (Docket Nos. 1, 5), under Federal Rule of Appellate Procedure 24(a)(3), he must apply to waive the $455.00 filing fee on appeal.

[2] *See* Docket Nos. 74, 75, 76 (lacking adequate financial information).

Court has developed a form to obtain all the information it needs to make this decision.  Mr. Simmons will be allowed to file a new application **on the enclosed Court form**, including all of the required **documentation**.  Mr. Simmons must **answer all questions** on the application fully, completely and directly, or the application will be denied.  If a question does not apply, answer "N/A"; otherwise answer "yes" or "no", check all applicable boxes, fill in all blanks, and provide complete information as requested.

Mr. Simmons is cautioned that, regardless of the outcome of the appeal, **no part of the fee will be returned**; instead, the Court continues to collect the fee until it is **paid in full**.

Finally, **a prisoner who files more than three actions or appeals in any federal court in the United States which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, will be prohibited from bringing any other actions without prepayment of fees unless the prisoner can demonstrate that he or she is in "imminent danger of serious physical injury."**[3]

---

[3] 28 U.S.C. § 1915(g); *see also*, *Tierney v. Kupers*, 128 F.3d 1310, 1312 (9th Cir. 1997) ("Section 1915(g)'s cap on prior dismissed claims applies to claims dismissed both before and after the statute's effective date.  Therefore, regardless of the dates of the dismissals, the analysis is the same:  three prior dismissals on the stated grounds equals no in forma pauperis status in new filings, unless the prisoner is in imminent danger of serious physical injury").

**IT IS HEREBY ORDERED** that:

1. Mr. Simmons's request to waive prepayment of the filing fee on appeal is DENIED with leave to amend.

2. Mr. Simmons must file an amended application to waive prepayment of fees on the enclosed form, **including all the requested documentation**, on or before **April 30, 2007**, as set forth in this Order; otherwise, he must immediately send the $455.00 appellate filing fee to this Court.[4]

3. The Clerk of Court is directed to send form PS10, Prisoner's Application to Waive Prepayment of Fees, with instructions, to Mr. Simmons with this Order.

DATED this 28th day of March, 2007, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge

---

[4] *See* FED. R. APP. P. 3(e).