DAVID SIMMONS
31806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY, AZ 85231



IN THE UNITED STATES DISTSRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID SIMMONS,
    Appellant,

v.

COA NO. 07-35151

DIST.CT. NO. F03-0013CV.

FRANK LUNA, WARDEN,
    Appellee. /

### AMENDED APPLICATION FOR WAIVER OF FILING

### FEES AND COSTS

    Appellant David Simmons, Amend his application for waiver of filing fees and costs, pursuant to court order, received April 10th, 2007. This request is supported by the accompan-ying form PS 10 (12/05);and financial statement for the last six months; and affidavit.

                                       David Simmons, Pro Per

Dated This ___ Day Of April 2007.