DAVID SIMMONS
31806
RED ROCK CORR. CTR.
1752 E. ARICA RD.
ELOY, AZ 85231

RECEIVED
APR 2 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID SIMMONS,
    Appellant,

v.                    COA NO. 07-35151

                    DIST. CT. NO. F03-0013CV.

FRANK LUN A, WARDEN,
    Appellee.  /

ORDER

AMENDED APPLICATION FOR WAVIER OF FILING
FEES AND COSTS

    Having been advised on all the premises, This Court finds, based upon the submitted requested documents, * * * that Appellant David Simmons is determine to be indigent and unable to pay the costs and fees as required.

    THEREFORE, DAVID SIMMONS MAY PROCEED UPON APPEAL IN LIEU OF PAYMENT AND COSTS.

                    IT IS SO ORDERED.

Dated This_____Day Of April 2007.

                              _____
                                Dist.Ct.Judge