DAVID SIMMONS
31806
RED ROCK CORR. CTR.
1752 E. ARICA RD
ELOY, AZ 85231



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID SIMMONS,
    Appellant,

v.

FRANK LUNA, WARDEN,
    Apellee.   /

COA NO. 07-35151

DIST. CT. NO. F03-0013CV.

AFFIDAVIT

AMENDED APPLICATION FOR WAIVER OF FILING
FEES AND COSTS

    I, David Simmons, Firstly, Being Duly Sworn, And Deposed Do Say:

    1. On 2/6/07 I requested my financial statements for the per-iods from August 2006 - January, 2007;

    2. On 4/5/07 I received the requested information and forward the same to the Court Of Appeals, pursuant to rules of court and statute;

    3. On 4/10/07, I received the District Court's Order, denying my application to waive filing fees and costs., with further instruction to amend my request with accompaning form PS 10 (12/05).

1.

4. On 4/11/07 I requested prison official Rice (case/counsel manager) to supply me with a copy of my institutional financial account record, in compliance with this Court's Order.

I further state that the foregoing statements are true under penalty of perjury.

_____
David Simmons, Pro Per

4/15/07
4/16/07
D.S.

CC: 9th Cir. CT.App.
San Francisco, CA.


AAG-AK.
Special Prosecution & Appeals
    K. Street , # 308
Anch. Ak.

2.