Today's Date: 04/12/2007

## Inmate Account Summary Report
### Red Rock Correctional Center

Page 1 of 1

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SIMMONS | DAVID | | | 595414 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/2007 12:37 | Withdrawal | -1.20 | CE | | COPIES DOS: 1/24/07 | 0.00 | -1.20 | 3839962 | |

Authorizing Employee: SGULLE

Document Locator Number:

Total Withdrawals   -1.20
Total Deposits        .00

RECEIVED
APR 24 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA