# STATE OF ALASKA /

**DEPARTMENT OF CORRECTIONS**

*Frank Murkowski*, **GOVERNOR**

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

February 31, 2007



David Simmons
c/o CCA Red Rock Correctional Center
1752 E. Arica Road
Eloy, Arizona 85231

Dear Mr. Simmons:

### RE: Prisoner Account Statement

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **31806** the time period **August 2006** through **January 2007** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $0 20% of this amount equals $0.

and,

2) The average balance for the time period indicated above was $204.34 and 20% of this amount equals $40.86.

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosure/s

Sincerely,

Mary Engdahl, Offender Trust Manager
Division of Administrative Services/DOC

Alaska Department of Corrections
ARIZONA - RED ROCK CC

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 08/01/2006　　To: 08/31/2006　　　　Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 204.34

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 204.34 |
| | | Ending Balance | | | 204.34 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy
of the original document

_[signature]_　　_[date]_
SIGNATURE　　DATE

Offender #: 31806　　USP #: 31806　　SIMMONS, DAVID NMN　　　　Location: AZ-RED ROCK CC　　Cell: FG1B

Alaska Department of Corrections
ARIZONA - RED ROCK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 09/01/2006    To: 09/30/2006

Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 204.34

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 204.34 |
| | | Ending Balance | | | 204.34 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE    DATE

Offender #: 31806    USP #: 31806    SIMMONS, DAVID NMN                    Location: AZ-RED ROCK CC    Cell: FG1B

Offender #: 31806   USP #: 31806   SIMMONS, DAVID NMN   Location: AZ-RED ROCK CC   Cell: FG1B

Alaska Department of Corrections
ARIZONA - RED ROCK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 10/01/2006   To: 10/31/2006

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 204.34

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 204.34 |
| | | Ending Balance | | | 204.34 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

*[signature]* 2/21/07
SIGNATURE   DATE

Offender #: 31806   USP #: 31806   SIMMONS, DAVID NMN   Location: AZ-RED ROCK CC   Cell: FG1B

Offender #: 31806   USP #: 31806   SIMMONS, DAVID NMN   Location: AZ-RED ROCK CC   Cell: FG1B

Alaska Department of Corrections
ARIZONA - RED ROCK CC

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 11/01/2006   To: 11/30/2006                                Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 204.34

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 204.34 |
| | | Ending Balance | | | 204.34 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

*[signature]* 1/31/07
SIGNATURE   DATE

Offender #: 31806   USP #: 31806   SIMMONS, DAVID NMN                    Location: AZ-RED ROCK CC   Cell: FG1B

Offender #: 31806   USP #: 31806   SIMMONS, DAVID NMN   Location: AZ-RED ROCK CC   Cell: FG1B

Alaska Department of Corrections
ARIZONA - RED ROCK CC

## STATEMENT OF ACCOUNT
**Offender Account Activity**

Statement Date: 12/01/2006   To: 12/31/2006                       Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 204.34

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 204.34 |
| | | Ending Balance | | | 204.34 |

MESSAGES:
I/M REQUEST

I certify this to be a true copy of the original document

_(signature)_   _(date)_
SIGNATURE   DATE

Offender #: 31806   USP #: 31806   SIMMONS, DAVID NMN   Location: AZ-RED ROCK CC   Cell: FG1B

Alaska Department of Corrections
ARIZONA - RED ROCK CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 01/01/2007    To: 01/31/2007    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Account: FORCED SAVINGS
Account Balance: 204.34

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 204.34 |
| | | Ending Balance | | | 204.34 |

MESSAGES:
I/M REQUEST

I certify this to be a true copy
of the original document

_Mary Guzdiahl_  2/21/07
SIGNATURE    DATE

Offender #: 31806    USP #: 31806    SIMMONS, DAVID NMN    Location: AZ-RED ROCK CC    Cell: FG1B