**FILED**

APR 03 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DAVID SIMMONS, | No. 07-35151 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-03-00013-RRB<br>District of Alaska,<br>Anchorage |
| v. | |
| FRANK LUNA, | |
| Respondent - Appellee. | ORDER |

**RECEIVED**

APR 0 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before:   TALLMAN and CLIFTON, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

KMB/COA